IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DWAYNE E. FREEMAN,              )
                                )
          Plaintiff,            )
                                )
     v.                         )     1:25-cv-237
                                )
SGT. KIM, SGT LAURA,            )
and LIEUTENANT KNIGHT,          )
                                )
          Defendants.           )
```

### **ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on April 8, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 4.) In the Recommendation, the Magistrate Judge recommends that this action should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Recommendation was served on Plaintiff on April 8, 2025. (Doc. 5). Plaintiff filed timely objections. (Doc. 6.) Plaintiff also filed a second supplemental objection. (Doc. 7.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted, based on the analysis cited on the Recommendation and in Case No. 1:23CV294 and 1:24CV204.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of May, 2025.

/s/ William L. Osteen, Jr.
United States District Judge